# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO VLADIMIR DEL CID, | Case No. EDCV 10-0250 VBF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 3/20/11

*Valerie Baker Fairbank*

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE